

Form B3 (official Form 3)    UNITED STATES BANKRUPTCY COURT
(9/97)                  _____ DISTRICT OF _____

In re __Laura D. Hudson__,
Debtor

Case No. __05-24875__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $__209.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $__20.00__  Check one ☐ With the filing of the petition, or
                               ☐ On or before
   $__63.00__  on or before __7/25/05__
   $__63.00__  on or before __8/22/05__
   $__63.00__  on or before __9/21/05__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 23 2005

KENNETH S. GARDNER, CLERK
PS REP. - TCR

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      __Laura D Hudson__  __6-23-05__
Signature of Attorney     Date        Signature of Debtor              Date
                                      (In a joint case, both spouses must sign.)

Name of Attorney

_____       
Signature of Joint Debtor (if any)        Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____        _____
Signature of Bankruptcy Petition Preparer        Date

**Form B3 continued**
**(9/97)**

# UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _____,    Case No. 05-24875
               Debtor

Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Date: 6/23/05

_____
*United States Bankruptcy Judge*