# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| **Case Number:** | 05-24875 PH | **Trustee:** | (330350)    EUGENE CRANE |
|---|---|---|---|
| **Case Name:** | HUDSON, LAURA D | **Filed (f) or Converted (c):** | 06/23/05 (f) |
| | | **§341(a) Meeting Date:** | 08/02/05 |
| **Period Ending:** | 03/30/07 | **Claims Bar Date:** | 01/04/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate | Unknown | Unknown | | 70,408.74 | FA |
| | INTEREST (u) | Unknown | N/A | | 23.94 | Unknown |
| | **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$70,432.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/21/05 - sent letter with subpoena to American General Finance requesting info on mortgage for property.  Production due 12/7/05
12/2/05 - filed motion to employ CHSWC
Need to file motion to employ real estate broker
To file Notice of Bankruptcy with Recorder's Office
01/31/2006: Possible Real property to liquidate.  Tee retained realtor to determine value and sell property if there's equity
09/01/2006: Real estate sale in process.
10/03/2006: Trustee filed initial report of assets

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007         **Current Projected Date Of Final Report (TFR):**   April 16, 2007  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-24875 PH |
|---|---|
| Case Name: | HUDSON, LAURA D |
| Taxpayer ID #: | 13-7544464 |
| Period Ending: | 03/30/07 |

| Trustee: | EUGENE CRANE (330350) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****46-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/06 | {1} | Attorney's Title Guaranty Fund, Inc. | Property Settlement | 1110-000 | 7,686.67 | | 7,686.67 |
| | | | Payoff of Mortgage | 4110-000 | -49,010.23 | | 7,686.67 |
| | | | Settlement of Judgment against Debtor | 4220-000 | -2,557.74 | | 7,686.67 |
| | | | County property taxes 01-10/23/2006 | 2820-000 | -516.46 | | 7,686.67 |
| | | | 2005 2nd Installment Taxes | 2820-000 | -336.40 | | 7,686.67 |
| | | | Tax Payment Fee | 2820-000 | -35.00 | | 7,686.67 |
| | | | Title Charges | 2500-000 | -780.00 | | 7,686.67 |
| | | | County Tax Stamps | 2820-000 | -35.00 | | 7,686.67 |
| | | | State Tax Stamps | 2820-000 | -70.00 | | 7,686.67 |
| | | | Release Status Verification Fee (Transfer) | 2820-000 | -109.50 | | 7,686.67 |
| | | | State Regulatory Fee (Transfer) | 2820-000 | -3.00 | | 7,686.67 |
| | | | Case Exams by Title Company | 2500-000 | -150.00 | | 7,686.67 |
| | | | Update Searches by Title Company | 2500-000 | -170.00 | | 7,686.67 |
| | | | Homestead Exemption | 8100-002 | -7,500.00 | | 7,686.67 |
| | | | Delivery Handling Fee | 2500-000 | -40.00 | | 7,686.67 |
| | | | Water Holdback in Escrow | 2500-000 | -1,000.00 | | 7,686.67 |
| | | | Subtotals : | | $7,686.67 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-24875 PH | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | HUDSON, LAURA D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****46-65 - Money Market Account |
| Taxpayer ID #: | 13-7544464 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/30/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/06 | 1001 | Sandra Watkins | Real Estate Broker's Fees | 3510-000 | | 500.00 | 7,186.67 |
| 10/31/06 | {1} | Attorney's Title Guaranty Fund, Inc. | Refund of Water Certification Holdback | 1110-000 | 408.74 | | 7,595.41 |
| 11/03/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.17 | | 7,596.58 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.03 | | 7,601.61 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.82 | | 7,606.43 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.07 | | 7,611.50 |
| 02/08/07 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2006 FOR CASE #05-24875, Blanket Bond Payment for Eugence Crane ~Bond # 016026455 | 2300-000 | | 6.46 | 7,605.04 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.79 | | 7,608.83 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.06 | | 7,612.89 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 8,119.35 | 506.46 | $7,612.89 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,119.35 | 506.46 | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | **$8,119.35** | **$-6,993.54** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-24875 PH |
| --- | --- |
| Case Name: | HUDSON, LAURA D |
| Taxpayer ID #: | 13-7544464 |
| Period Ending: | 03/30/07 |

| Trustee: | EUGENE CRANE (330350) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****46-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****46-65 | 8,119.35 | -6,993.54 | 7,612.89 |
| TOTAL - ALL ACCOUNTS | $8,119.35 | $506.46 | $7,612.89 |