UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| Laura D. Hudson, | ) | |
| | ) | Case No.  05 B 24875 |
| Debtor. | ) | |
| | ) | Judge Pamela Hollis |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court
   Dirksen Federal Building
   219 South Dearborn, Courtroom 644
   Chicago, IL 60604

   On: **August 28, 2007**

   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                               $70,432.68

   b. Disbursements                          $62,819.79

   c. Net Cash Available for Distribution    $ 7,612.89

4. Applications for Chapter 7 fees and administrative expenses have been filed as

followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Eugene Crane (Trustee Fees) | $0 | $6,396.63 | $0 |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | $0 | $ 720.00 | $0 |
| Crane, Heyman, Simon, Welch & Clar | $0 | $9,600.00 | $0 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed Priority Claims are:

**Claim Number            Claimant       Allowed Amount of Claim   Proposed Payment**
N/A

6. Claims of g general unsecured creditors totaling $0 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are:

**Claim Number            Claimant       Allowed Amount of Claim   Proposed Payment**
N/A

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon property at the hearing.

Dated: **July 30, 2007**                        For the Court,

By:

**KENNETH S GARDNER**
Kenneth S . Gardner
Clerk of the United states Bankruptcy Court
219 South Dearborn, street, 7th Floor
Chicago, IL 60604

Trustee:   Eugene Crane, Esq.
135 South La Salle, Suite 3700
Chicago, IL 60603

Phone number:   (312) 641-6777